IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS MANUEL ALVARADO-RIVERA § | |
| Plaintiff § | |
| Vs. § | CIVIL NO. 05-1950 |
| § | PRO-SE. |
| FEDERAL BUREAU OF PRISONS § | |
| Defendant § | |

### N O T I C E   O F   A P P E A L

**COMES NOW THE PLAINTIFF:** Luis Manuel Alvarado-Rivera pro-se in the above styled and mentioned civil action who respectfully submits this "Notice Of Appeal" of the Order of the Court dated <u>October 4, 2005</u>, signed by the Honorable Colleen Kollar-Kotelly, United States District Judge of this Court in which the Court sua sponte dismissed the unopposed complaint. The appeal is taken to the United States Court of Appeals for the District of Columbia located in Washington, D.C.

(This notice of appeal was translated and typed by a fellow inmate on behalf of Luis Manuel Alvarado-Rivera by virtue of his inability to read or write the English language)

Respectfully Submitted

*Luis Alvarado* 10/7/05
Luis Manuel Alvarado-Rivera
Pro-Se.
Registration Number 89512-079
F.C.I. Jesup-Satellite Camp
2600 Highway 301 South
Jesup, Georgia 31599

RECEIVED
OCT 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 -

## CERTIFICATE OF SERVICE AND MAILING

I, LUIS MANUEL ALVARADO-RIVERA HEREBY SWEAR: under penalty of perjury that a true and conformed copy of the foregoing "Notice Of Appeal" was placed this 7 th day of October, 2005 in the special mail box of the F.P.C. Pollock, First Class Postage prepaid, addressed to the following:

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

_____    10/7/05
Luis Manuel Alvarado-Rivera    Date
Pro-Se.

- 2 -