# LUIS MANUEL ALVARADO-RIVERA

Ms. Nancy Mayer-Whittington, Clerk                                    October 6, 2005
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

                                        RE:   Alvarado-Rivera v B.O.P.
                                              Civil No. 05-1950 UNA
                                              Pro-Se

Dear Ms. Mayer-Whittington,

    Reference is made to the above civil proceeding in which I am the Plaintiff pro-se at this time. I submitted the petition for mandamus relief on August 28, 2005 under the inmate mail box rule. To date I have not received a reply from you office to the mailings.
    I am writing to inform your office that my address has been changed and request that you change my address in your records to reflect my new address as follows:

> Mr. Luis Manuel Alvarado-Rivera
> Registration Number 89512-079
> F.P.C. Jesup
> 2600 Highway 301, South
> Jesup, Georgia 31599
> Attention: Satellite Camp

    I am presently housed at the F.P.C. Pollock facility of the Federal Bureau of Prisons, however, on October 7, 2005 I will transfer to the F.P.C. Jesup facility. Moreover, in this case I request that my response time to any of the Court's direction be 30 days since I neither read nor write the English language and I must send the correspondence outside the prison for translation and response.
    Thank you for your attention and continued attention to this matter. I remain of course most,

(This letter was translated
and typed by a fellow inmate                     Respectfully
on behalf of Luis Manuel
Alvarado-Rivera by virtue of                     /s/ Luis Alvarado
his inability to read or                         Luis Manuel Alvarado-Rivera
write the English language)                      Pro-Se.

(File)


F.C.I. Jesup Satellite Camp  2600 Highway 301 S.  Jesup, Ga. 31599   R/N 89512-079