# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

**NOV 17 2005**

**RECEIVED**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED **NOV 17 2005**

**CLERK**

LUIS MANUAL ALVARADO-RIVERA                USCA No.  05-5387

v.

FEDERAL BUREAU OF PRISONS                  USDC No. 05cv01950

*Approved*
*Judge C*
*Kolla-Kotty*
*Dec. 7, 2005*

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Luis Manuel Alvarado-Rivera _____, declare that I am the

□ appellant/petitioner □ appellee/respondent in the above-entitled proceeding.  In

support of this motion to proceed on appeal without being required to prepay fees,

costs or give security therefor, I state that because of my poverty I am unable to prepay

the costs of said proceeding or to give security therefor.  My affidavit or sworn

statement is attached.

I believe I am entitled to relief.  The issues that I desire to present on appeal/review are
as follows: (*Provide a statement of the issues you will present to the court. You may
continue on the other side of this sheet if necessary.*)

The District Court erred by sua sponte dismissing the complaint
since the matter should be considered on its merits where there
was no binding precedent law which required dismissal.

Signature _____

Name of *Pro Se* Litigant (PRINT) ___Luis Manuel Alvarado-Rivera___
                                  Registration Number 89512-079
Address  F.C.I. Jesup-Satellite Camp  2600 Highway 301 South

Jesup, Georgia 31599

Submit original with a certificate of service to:

(This document was typed and
translated by a fellow inmate on
behalf of Luis Manuel Alvarado-
Rivera by virtue of his inability to
read or write the English language)

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

### United States Court of Appeals for the
### District of Columbia Circuit

LUIS MANUEL ALVARADO-RIVERA

Case No. 05-5387

v.

FEDERAL BUREAU OF PRISONS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury
that, because of my poverty, I cannot prepay
the docket fees of my appeal or post a bond
for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury
under United States laws that my answers on
this form are true and correct. (28 U.S.C. §
1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application
and then sign it. Do not leave any blanks: if
the answer to a question is "0," "none," or
"not applicable (N/A)," write in that
response. If you need more space to answer
a question or to explain your answer, attach
a separate sheet of paper identified with your
name, your case's docket number, and the
question number.

Signed: _____    Date: November 11, 2005
LUIS MANUEL ALVARADO-RIVERA

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

My issues on appeal are:

(This document was typed and
translated by a fellow inmate
on behalf of Luis Manuel
Alvarado-Rivera by virtue of
his inability to read or write
the English language)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ N/A | $ -0- | $ N/A |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ -0- | $ N/A | $ -0- | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Federal Inmate | for 5 years | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

I am not married.

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $ -0-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

See attached.

5. List the assets, and their values, that you own or your spouse owns.  Do not list clothing and ordinary household furnishings.     None

Home (Value)          Other real estate (Value)          Motor vehicle # 1 _____(Value)
_____                _____                            Make & year: _____
_____                _____                            Model: _____
_____                _____                            Registration #._____

Motor vehicle #2 _____(Value)          Other Assets (Value)          Other Assets (Value)
Make & year _____                      _____                       _____
Model:      _____                      _____                       _____
Registration #: _____                  _____                       _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.     None

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.     None

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ N/A |
| Are real-estate taxes included? | [ ] Yes   [ ] No | |
| Is property insurance included? | [ ] Yes   [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in mortgage payments) | $_____ | $_____ |
| Homeowner's or renter's | $_____ | $_____ |
| Life | $_____ | $_____ |
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | | |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $ -0- | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [x] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes    [x] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [x] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

None

13. State the address of your legal residence.

    Mr. Luis Manuel Alvarado-Rivera
    Registration Number 89512-079
    F.C.I. Jrsup, Satellite Camp
    2600 Highway 301, South
Your daytime phone number: ( 599 )   Federal Inmate
    Jesup, Georgia 31599
Your age:  45    Your years of schooling:  12
Your social-security number:  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