# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5387**          **September Term, 2006**
05cv01950

**Filed On:**

Luis Manuel Alvarado-Rivera,
    Appellant

v.

Federal Bureau of Prisons,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 17 2006

CLERK

**BEFORE:** Sentelle, Henderson, and Tatel, Judges

### ORDER

Upon consideration of appellant's trust account report, and his consent to collection of fees, it is

**ORDERED** that, pursuant to appellant's consent to collection of fees, appellant's custodian is directed to pay on appellant's behalf the initial partial filing fee of $82.72, to be withheld from appellant's trust fund account. See 28 U.S.C. § 1915(b)(1). The payment must be by check or money order made payable to the Clerk, U.S. District Court for the District of Columbia.

Appellant's custodian also is directed to collect and pay from appellant's trust account monthly installments of 20 per cent of the previous month's income credited to appellant's account, until the full $255 docketing fee has been paid. See 28 U.S.C. § 1915(b)(2). Such payments must be made each month the amount in the account exceeds $10 and must be designated as made in payment of the filing fee for Case No. 05-5387, an appeal from Civil Action No. 05-1950. A copy of this order must accompany each remittance. In the event appellant is transferred to another institution, the balance due must be collected and paid to the Clerk by the custodian at appellant's next institution. Appellant's custodian must notify the Clerk, U.S. District Court for the District of Columbia, in the event appellant is released from custody.

The Clerk is directed to send a copy of this order to appellant, by whatever means necessary to ensure receipt, and to the Clerk, U.S. District Court for the District of Columbia. The Clerk is further directed to send to appellant's custodian a copy of this order and appellant's consent to collection of fees.

**Per Curiam**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 05-5387

NOV 1 7 2005

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 1 7 2005

CLERK

ORIGINAL

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Luis Manuel Alvarado-Rivera, Fed. Reg. #89512-079, hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Clerk, U.S. District Court an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 per cent of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $255.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF APPELLANT

consent.ifp 4/1/99